IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MAYNARD ORVILLE OVERTON,
    Petitioner,                             Civil Action No. 7:08-cv-00285

v.                                         **DISMISSAL ORDER**

GENE M. JOHNSON,                  By:    Hon. Jackson L. Kiser
    Respondent.                            Senior United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 1 6 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive.

    The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

    ENTER: This ___16th___ day of April, 2008.

                                                 /s/ Jackson L. Kiser
                                                 Senior United States District Judge